```
               IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
```

| | | |
|---|---|---|
| In Re: ) | Case No: | 13-33008 |
| Antwine McGee ) | | |
|      Debtor, ) | Chapter: | Chapter 13 |
| ) | | |
| ) | Judge: | Pamela S. Hollis |

## NOTICE OF MOTION

**To:**  Antwine McGee, 9722 S Morgan St, Chicago, IL, 60643

Marilyn O. Marshall, 224 S. Michigan Ave. #800, Chicago, IL, 60604

SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on the **November 19, 2014 at 9:30 a.m.**, I shall appear before the Honorable Judge  Pamela S. Hollis in 219 S. Dearborn St., Courtroom 644, Chicago, IL and then and there present the attached **MOTION TO AUTHORIZE LOAN MODIFICATION AND OBTAIN CREDIT,** a copy of which is attached hereto.

                                                 **By:**  */s/ Dale Allen Riley*
                                                     Dale Allen Riley

## CERTIFICATE OF SERVICE

I, Dale Allen Riley, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, at 55 E. Monroe, Chicago, Illinois, before the hour of 5:30 p.m., on November 11, 2014.

                                                 **By:**  */s/ Dale Allen Riley*
                                                     Dale Allen Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960

Mohela/DEPT OF ED  
Attn: Bankruptcy Dept.  
633 Spirit Dr  
Chesterfield, MO  63005  

WFDS/WDS  
Attn: Bankruptcy Dept.  
Po Box 19657  
Irvine, CA  92623  

US DEPT OF Education  
Attn: Bankruptcy Dept.  
Po Box 5609  
Greenville, TX  75403  

US DEPT OF Education  
Attn: Bankruptcy Dept.  
Po Box 5609  
Greenville, TX  75403  

Wells Fargo HM Mortgag  
Attn: Bankruptcy Dept.  
8480 Stagecoach Cir  
Frederick, MD  21701  

Equifax  
Attn: Bankruptcy Dept.  
PO Box 740241  
Atlanta, GA  30374  

Experian  
Attn: Bankruptcy Dept.  
PO Box 2002  
Allen, TX  75013  

Transunion  
Attn: Bankruptcy Dept.  
PO Box 1000  
Chester, PA  19022  

COMENITY BANK/Limited  
Attn: Bankruptcy Dept.  
Po Box 330066  
Northglenn, CO  80233  

Capital One  
Attn: Bankruptcy Dept.  
Po Box 5253  
Carol Stream, IL  60197  

THD/CBNA  
Attn: Bankruptcy Dept.  
Po Box 6497  
Sioux Falls, SD  57117  

Credit ONE BANK  
Attn: Bankruptcy Dept.  
Po Box 98875  
Las Vegas, NV  89193  

Merrick BANK  
Attn: Bankruptcy Dept.  
Po Box 9201  
Old Bethpage, NY  11804  

Gecrb/HH GREGG  
Attn: Bankruptcy Dept.  
Po Box 981439  
El Paso, TX  79998  

Gecrb/CARE CREDIT  
Attn: Bankruptcy Dept.  
Po Box 981439  
El Paso, TX  79998  

Chicago Firefighters C  
Attn: Bankruptcy Dept.  
6230 S Central Ave  
Chicago, IL  60638  

Pamela Alexander  
Attn: Bankruptcy Dept.  
1118 Westfield Drive  
Champaign, IL  61821  

PepBoys  
Attn: Bankruptcy Dept.  
7030 S Cicero  
Chicago, IL  60638  

PLS Financial  
Bankruptcy Dept  
4838 S Cicero Ave  
Chicago, IL  60638  

PLS Loan Store  
Bankruptcy Department  
9920 S Western Ave  
Chicago, IL  60655

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No:    13-33008 |
| Antwine McGee ) | |
|     Debtor, ) | Chapter:    Chapter 13 |
| ) | |
| ) | Judge:    Pamela S. Hollis |

### MOTION TO AUTHORIZE LOAN MODIFICATION AND OBTAIN CREDIT

NOW COMES the Debtor, Mr. Antwine McGee (the "Debtor"), by and through his attorneys, Geraci Law LLC, to present his **MOTION TO AUTHORIZE LOAN MODIFICATION AND OBTAIN CREDIT** and states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).
2. The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization on 08/19/2013.
3. On 07/26/2011, the Court confirmed the Chapter 13 plan.
4. The Debtor now seeks to modify the mortgage against his property located at 9722 S Morgan St, Chicago, IL.
5. The loan modification is in fact a deferral of any pending mortgage arrears via a subordinate mortgage against the Debtor's residence. (See attached Exhibit A.)
6. As a result this motion should be brought as simply a motion to obtain credit but representatives for Wells Fargo, the Debtor's mortgage company, have requested that it be characterized as a loan modification.
7. Under the proposed loan modification the terms of the Debtor's mortgage will not change in any way other than by deferring any pending arrears to the mortgage lender.

WHEREFORE the Debtors, Mr. Antwine McGee prays that this Court enter an order authorizing the Debtor to modify his mortgage for the property located at 9722 S Morgan St, Chicago, IL, authorizing him to obtain credit in the form of the proposed subordinate mortgage and for such further additional relief that this Court may deem just and proper.

                                                      */s/ Dale Allen Riley*
                                                      Dale Allen Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800   (Fax):   877.247.1960